# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **FUNCTIONAL GOVERNMENT INITIATIVE,** | ) ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) | Civil Action No. 23-1929 (DLF) |
| **UNITED STATES DEPARTMENT OF DEFENSE,** | ) ) ) ) ) |  |
| Defendant. | ) ) |  |

## JOINT STATUS REPORT

Pursuant to the Court's order dated October 31, 2023, Plaintiff Functional Government Initiative and Defendant U.S. Department of Defense ("DoD"), by and through undersigned counsel, report to the Court as follows.

1. This action involves a Freedom of Information Act ("FOIA") request dated April 10, 2023, as described more fully in Exhibit "A" to the Complaint. DoD answered the Complaint on August 25, 2023.

2. The request seeks records sent to, from, or including John Kirby, former Pentagon Press Secretary, during a two-month time period that include certain specified terms listed in the request. Ex. A to Compl. DoD stated in the last status report that it had completed its search and located approximately 1500 pages of potentially responsive records. DoD has determined which pages are responsive and is processing the records for release. DoD had hoped to begin providing rolling responses in November 2023, but coordination of reviews has taken longer than

initially expected. DoD plans to make its first production by the end of this month, and still expects to finish the processing of the records by the end of February 2024.

3. Based on the above, the parties propose that they file a further status report on March 20, 2024.

Respectfully submitted,

By:

/s/ *Jeremiah L. Morgan*
Jeremiah L. Morgan
(D.C. Bar No. 1012943)
William J. Olson
(D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
703-356-5085 (fax)
jmorgan@lawandfreedom.com (e-mail)
*Counsel for Plaintiff*

AND

MATTHEW M. GRAVES, D.C. BAR#481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

*Counsel for Defendant*