UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FUNCTIONAL GOVERNMENT INITIATIVE,** | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 23-1929 (DLF) ) |
| **UNITED STATES DEPARTMENT OF DEFENSE,** | ) ) ) ) ) |
| Defendant. | ) ) |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated March 20, 2024, Plaintiff Functional Government Initiative and Defendant U.S. Department of Defense ("DoD"), by and through undersigned counsel, report to the Court as follows.

1. This action involves a Freedom of Information Act ("FOIA") request dated April 10, 2023, as described more fully in Exhibit "A" to the Complaint. DoD answered the Complaint on August 25, 2023.

2. The request seeks records sent to, from, or including John Kirby, former Pentagon Press Secretary, during a two-month time period that include certain specified terms listed in the request. Ex. A to Compl. As previously reported, DoD made its first production on February 26, 2024. DoD now reports that it has completed its processing of records and made its final release on May 10, 2024.

3. Plaintiff requires additional time to determine whether any outstanding issues remain in this matter.

4. Based on the above, the parties propose that they file a further status report on July 23, 2024.

>Respectfully submitted,
>
>By: */s/ Jeremiah Morgan*
>Jeremiah L. Morgan
>(D.C. Bar No. 1012943)
>William J. Olson
>(D.C. Bar No. 233833)
>William J. Olson, P.C.
>370 Maple Avenue West, Suite 4
>Vienna, VA 22180-5615
>703-356-5070 (telephone)
>703-356-5085 (fax)
>jmorgan@lawandfreedom.com (e-mail)
>*Counsel for Plaintiff*
>
>          AND
>
>MATTHEW M. GRAVES, D.C. BAR#481052
>United States Attorney
>
>BRIAN P. HUDAK
>Chief, Civil Division
>
>By:   */s/ Jeremy S. Simon*
>JEREMY S. SIMON, D.C. BAR #447956
>Assistant United States Attorney
>601 D. Street, N.W.
>Washington, D.C. 20530
>(202) 252-2528
>Jeremy.simon@usdoj.gov
>
>*Counsel for Defendant*