UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE, | ) ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) | Civil Action No. 23-1929 (DLF) |
| UNITED STATES DEPARTMENT OF DEFENSE, | ) ) ) ) ) |  |
| Defendant. | ) ) |  |

## JOINT STATUS REPORT

Pursuant to the Court's order dated September 4, 2024, Plaintiff Functional Government Initiative and Defendant U.S. Department of Defense ("DoD"), by and through undersigned counsel, report to the Court as follows.

1. This action involves a Freedom of Information Act ("FOIA") request dated April 10, 2023, as described more fully in Exhibit "A" to the Complaint. DoD answered the Complaint on August 25, 2023.

2. The request seeks records sent to, from, or including John Kirby, former Pentagon Press Secretary, during a two-month time period that include certain specified terms listed in the request. Ex. A to Compl. As previously reported, DoD made its first production on February 26, 2024, and completed its processing of records with its final release on May 10, 2024.

3. As stated in the last status report, Plaintiff has determined that the only issue that remains outstanding in this matter is the issue of attorneys' fees and costs. Plaintiff recently has made a proposal to Defendant in that regard, which Defendant requires time to review.

4. Based on the above, the parties propose that they file a further status report on November 20, 2024, if the parties have not filed a stipulation of dismissal by that date.

Respectfully submitted,

By: ___/s/ *Jeremiah L. Morgan*___
Jeremiah L. Morgan
(D.C. Bar No. 1012943)
William J. Olson
(D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
703-356-5085 (fax)
jmorgan@lawandfreedom.com (e-mail)
*Counsel for Plaintiff*

AND

MATTHEW M. GRAVES, D.C. BAR#481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: ___/s/ Jeremy S. Simon___
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

*Counsel for Defendant*