UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 23-1929 (AHA) |
| UNITED STATES DEPARTMENT OF DEFENSE, | ) ) ) ) ) | |
| Defendant. | ) ) | |

## JOINT STATUS REPORT

Pursuant to the Court's order dated April 4, 2025, Plaintiff Functional Government Initiative and Defendant U.S. Department of Defense ("DoD"), by and through undersigned counsel, report to the Court as follows.

1. This action involves a Freedom of Information Act ("FOIA") request dated April 10, 2023, as described more fully in Exhibit "A" to the Complaint. DoD answered the Complaint on August 25, 2023.

2. In the last status report, the parties reported that counsel for the parties had agreed in principle to a resolution of this matter, but that the proposed agreement remains subject to being memorialized in a mutually agreeable settlement document and the approval of the U.S. Attorneys' office. Since the filing of the last status report, a draft settlement document has been circulated to Plaintiff's counsel for review and that review remains ongoing.

3. In light of the above, the parties propose that they file a further status report on June 12, 2025, if a stipulation of dismissal has not been filed prior to that date.

Respectfully submitted,

By:    */s/ Jeremiah Morgan*
Jeremiah L. Morgan
(D.C. Bar No. 1012943)
William J. Olson
(D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
703-356-5085 (fax)
jmorgan@lawandfreedom.com (e-mail)
*Counsel for Plaintiff*

       AND

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By:    */s/ Jeremy S. Simon*
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

*Counsel for Defendant*

2