UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>      Plaintiff,<br><br>      v.<br><br>U. S. DEPARTMENT OF DEFENSE,<br><br>      Defendant. | Civil Action No. 23-1929 (AHA) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Respectfully submitted,

| | |
|---|---|
| */s/ Jeremiah L. Morgan (by permission)*<br>JEREMIAH L. MORGAN<br>D.C. Bar # 1012943<br>William J. Olson, P.C.<br>370 Maple Avenue West, Suite 4<br>Vienna, VA 22180-5615<br>Telephone: (703) 356-5070<br>jmorgan@lawandfreedom.com<br><br>*Counsel for Plaintiff* | JEANINE FERRIS PIRRO<br>United States Attorney<br><br>By:  */s/ Jeremy S. Simon*<br>JEREMY S. SIMON<br>D.C. Bar #447956<br>Assistant United States Attorney<br>601 D. Street, N.W.<br>Washington, D.C. 20530<br>(202) 252-2528<br>Jeremy.Simon@usdoj.gov<br><br>*Attorneys for United States of America* |